# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Edward Rubottom** | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 23cv1833-AGS-KSC |
| **Dealstruck Capital LLC; Anthony Porrata** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Robert Jones, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Dealstruck Capital LLC in New Castle County, DE on November 2, 2023 at 11:40 am at 1209 Orange St., Wilmington, DE 19801 by leaving the following documents with Nadia Bellamy who as Litigation Management at The Corporation Trust Company, which is a parent company of the National Registered Agents, Inc., is authorized by appointment or by law to receive service of process for Dealstruck Capital LLC.

First Amended Class Action Complaint and Demand for Jury Trial
Amended Summons in a Civil Action

Middle Eastern Female, est. age 25, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.7482485,-75.5477902
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
New Castle County                     ,
  DE      on    11/8/2023        .

/s/ *Robert Jones*
_____
Robert Jones
(302) 525-9691

