John Kauffman (SBN 302422)
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorney for Plaintiff Edward Rubottom*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Edward Rubottom,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dealstruck Capital LLC and Anthony Porrata,<br><br>　　　　Defendants. | Case No.: 3:23-cv-01833-AGS-KSC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ANTHONY PORRATA |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edward Rubottom hereby gives notice that Defendant **Anthony Porrata ("Porrata")** is voluntarily dismissed, without prejudice, from this action. Voluntary dismissal is proper because Porrata has not served an answer or a motion for summary judgment.

DATED January 18, 2024

Respectfully submitted,

*/s/ John Kauffman*
John Kauffman