John Kauffman (SBN 302422)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorney for Plaintiff Edward Rubottom*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Rubottom,<br><br>    Plaintiff,<br><br>    v.<br><br>Dealstruck Capital LLC and Anthony Porrata,<br><br>    Defendants. | Case No.: 3:23-cv-01833-AGS-KSC<br><br>STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edward Rubottom and Defendant Dealstruck Capital LLC. ("Defendant Dealstruck") (collectively, the "Parties"), by and through their respective counsel, stipulate to the dismissal of all claims in this action with prejudice against Defendant Dealstruck.

| | |
|---|---|
| 1 | DATED March 11, 2024 |

                                                        Respectfully submitted,

                                                       /s/ *John Kauffman*
                                                       John Kauffman
                                                       LawHQ, P.C.
                                                       299 S. Main St. #1300
                                                       Salt Lake City, UT 84111
                                                       385-285-1090
                                                       john.kauffman@lawhq.com

                                                       *Lead Attorney for Plaintiffs*

                                                       /s/ *Ingrid M. Rainey*
                                                       Ingrid M. Rainey
                                                       Rainey Law PC
                                                       16870 West Bernardo Drive, Suite 400 San Diego, CA 92127
                                                       Telephone: (949) 842-5278
                                                       E-mail: Ingrid@raineylawpc.com

                                                       *Lead Attorney for Defendant*